# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0586

VERSUS

WHITNEY LOSTON                                     **AUGUST 12, 2022**

---

In Re:    Whitney Loston, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, No.
          03162554.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot
properly review the claim raised in the writ application.
Relator failed to include a copy of the district court's ruling,
the bill of information, and all pertinent minute entries and/or
transcripts, and any other portions of the district court record
that might support the claims raised in the writ application.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future
filing on this issue should include the entire contents of this
application, the missing items noted above, and a copy of this
ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*q.Snf*

---

DEPUTY CLERK OF COURT
      FOR THE COURT